**FILED**
JAN 11 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

Norman EASON,

        Defendant.

No. 1:18-mj-00007 SKO

[PROPOSED] SEALING ORDER

**(UNDER SEAL)**

SEALED

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The complaint and supporting affidavit in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Jeffrey A. Spivak and this court's sealing order, be kept under until further order of the Court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

DATED: January 11, 2018

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE