

FILED

JAN 1 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-0007 SKO |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| NORMAN EASON, | |
| Defendant. | |

This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to NORMAN EASON, and be made public record.

DATED: January 12, 2018

_____
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

MOTION TO UNSEAL COMPLAINT                     2