WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys For:          Defendant, Norman Eason

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:18 CR 00018 LJO SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY PRETRIAL RELEASE |
| | ) | CONDITIONS; DECLARATION OF PETER M. |
| vs. | ) | JONES; ORDER THEREON |
| | ) | |
| NORMAN EASON, | ) | |
| | ) | |
| Defendant | ) | |

Defendant, NORMAN EASON, by and through counsel, Peter M. Jones, and Plaintiff, UNITED

STATES OF AMERICA, by and through counsel, McGregor W. Scott and Jeffrey Spivak, hereby stipulate

as follows:

That the condition of Pretrial Release requiring the Defendant to participate in the

HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW

component which will require the defendant to be restricted to his residence every day from 9:00 pm to

6:00 am or as adjusted by the pretrial services officer for medical, religious services, employment or court

ordered obligations.

DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1.      I am an attorney admitted to practice before this court, and am counsel of record for

Norman Eason, the defendant in the above entitled action.

{7926/002/00852299.DOCX}1

2.      Mr. Eason informed me that he is regularly seeking employment and going on job interviews. He is also applying for government assisted housing and participating in the Better Choices program. Under the present conditions of his release it is difficult for him to pursue and follow up on these activities.

3.      Mr. Eason is currently being supervised by the Pre-trial Release Office in Fresno, and a condition of his pretrial release is the home detention component of the Location Monitoring Program.

4.      I contacted Pretrial Release Officer, Ryan Beckwith, and he confirmed that Mr. Eason is participating in the above programs and activities.

5.      I have contacted AUSA Jeffrey Spivak, and he has agreed to stipulate to the Defendant's request to modify his conditions of pretrial release as proposed above.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on June 12, 2018.

/S/ Peter M. Jones
_____
Peter M. Jones

Dated: June 12, 2018                    Respectfully Submitted,


By: /s/ PETER M. JONES
PETER M. JONES, Attorney for Defendant,
Norman Eason

Date: June 12, 2018                    McGregor W. Scott, U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE

By:/s/ Jeffrey Spivak
Jeffrey Spivak,
Assistant U.S. Attorney

STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF
PETER M. JONES; ORDER THEREON –

<u>ORDER</u>

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered: That the condition of pretrial release requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW component which will require the defendant to be restricted to his residence every day from 9:00 pm to 6:00 am or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations. All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 14, 2018**        /s/ _Eric P. Groj_

UNITED STATES MAGISTRATE JUDGE