WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys For: Defendant, Norman Eason

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> vs. </br> </br> NORMAN EASON, </br> </br> Defendant | Case No.: 1:18 CR 00018 LJO SKO </br> </br> **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS;DECLARATION OF PETER M. JONES;AND ORDER THEREON** |

Defendant, NORMAN EASON, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, McGregor W. Scott and Jeffrey Spivak, hereby stipulate as follows:

That the condition of Pretrial Release requiring the Defendant to wear an ankle monitor be deleted.

**DECLARATION OF PETER M. JONES**

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Norman Eason, the defendant in the above entitled action.

2. Mr. Eason informed me that he is attending school full time and participating in the Better Choices program. Additionally, he is seeking employment and a new place to reside while his case is pending. regularly seeking employment and going on job interviews. In light of these activities it has

become extremely difficult to comply with the demands imposed by the location monitor he has been wearing.

3. Mr. Eason is currently being supervised by the Pre-trial Release Office in Fresno, and a condition of his pretrial release is to wear an ankle location monitor.

4. I contacted Pretrial Release Officer, Ryan Beckwith, and he confirmed that Mr. Eason is participating in the above programs and activities, and that he has had no violations while out on pretrial release. His office takes no position either way as to the removal of the condition being requested.

5. I have contacted AUSA Jeffrey Spivak, and he has agreed to stipulate to the Defendant's request to modify his conditions of pretrial release as proposed above.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on September 6, 2018.

/s/ Peter M. Jones
Peter M. Jones

Dated: September 6, 2018                Respectfully Submitted,


By: /s/ PETER M. JONES
    PETER M. JONES, Attorney for Defendant,
    Norman Eason

Date: September 6, 2018                 McGregor W. Scott, U.S. Attorney
                                        UNITED STATES ATTORNEY'S OFFICE

By:/s/ Jeffrey Spivak
    Jeffrey Spivak,
    Assistant U.S. Attorney

**ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered: That the condition of pretrial release requiring the defendant to wear an ankle location monitor be removed. All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 7, 2018**

UNITED STATES MAGISTRATE JUDGE