McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00018-LJO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NORMAN EASON, | DATE: October 29, 2018 TIME: 8:30 a.m. COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for change of plea on October 29, 2018.

2.    By this stipulation, defendant now moves to continue the October 29, 2018 hearing to November 13, 2018, and to exclude time between October 29, 2018, and November 13, 2018, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The government has represented that the discovery associated with this case includes substantial discovery including written reports, and video/pictures and other electronic evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the change of plea hearing.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2018 to November 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5

6

7    Dated:  October 25, 2018                          McGREGOR W. SCOTT
                                                         United States Attorney

8
                                                         /s/ JEFFREY A. SPIVAK
9                                                        JEFFREY A. SPIVAK
                                                         Assistant United States Attorney
10

11

12   Dated:  October 25, 2018                          /s/ PETER JONES
                                                         PETER JONES
13                                                       Counsel for Defendant
                                                         NORMAN EASON
14                                                       (as approved by email
                                                         10/25/2018)
15

16

17                                  **FINDINGS AND ORDER**

18         IT IS SO FOUND.

19

20   IT IS SO ORDERED.

21     Dated:   **October 25, 2018**              **/s/ Lawrence J. O'Neill**
22                                            UNITED STATES CHIEF DISTRICT JUDGE

23

24

25

26

27

28