1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00018-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| NORMAN EASON, | DATE: February 4, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 4, 2019.

2. By this stipulation, defendant now moves to continue the February 4, 2019 hearing to June 10, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with his client, review the current documents, conduct investigation and prepare himself and his client for the change of plea hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

1       into account the exercise of due diligence.

2          c)     Defendant is currently on pre-trial release, attending school, and has not had any issues/violations while on pre-trial release.

         d)     The government does not object to the continuance.

   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 9, 2019                               McGREGOR W. SCOTT
                                                           United States Attorney

                                                           /s/ JEFFREY A. SPIVAK
                                                           JEFFREY A. SPIVAK
                                                           Assistant United States Attorney


Dated: January 9, 2019                               /s/ PETER JONES
                                                           PETER JONES
                                                           Counsel for Defendant
                                                           NORMAN EASON
                                                          (as approved by email 1/9/2019)


**ORDER**

No further continuances.

IT IS SO ORDERED.

Dated:   **January 11, 2019**              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE