# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 21 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:18CR0018-LJO-SKO
Norman Eason )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Norman Eason_____, have discussed with _____Elizabeth Gutierrez_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring Brittany Crockett to serve as your third-party custodian is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-17-2019  _____  5/17/19
Signature of Defendant    Date      Pretrial Services Officer Services  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                            5/20/19
Signature of Assistant United States Attorney      Date
Jeffrey Spivak

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                            5/17/19
Signature of Defense Counsel                       Date
Peter M. Jones

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __5/21/19__.
☐ The above modification of conditions of release is *not* ordered.

_____                            5/21/19
Signature of Judicial Officer                      Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services